Theresa LIVINGSTONE,
Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2006–7186.

United States Court of Appeals,
Federal Circuit.

June 13, 2006.

Theresa Livingstone, pro se.

*ORDER*

Upon consideration of Theresa Livingstone's motion for leave to withdraw her appeal,

IT IS ORDERED THAT:

(1) The motion is granted and this appeal is dismissed.

(2) Each side shall bear its own costs.

Terassa JOHNSON, Petitioner,

v.

COURT SERVICES AND OFFENDER SUPERVISION AGENCY FOR THE DISTRICT OF COLUMBIA, Respondent.

No. 06–3010.

United States Court of Appeals,
Federal Circuit.

June 14, 2006.

Rehearing En Banc Denied
Sept. 12, 2006.

Before NEWMAN, GAJARSA, and LINN, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36